267 U. S.    Cases Disposed of Withoɪt Consideration by the Court.

No. 357. W. F. CLEGG ET AL., ETC., *v.* CITY OF SPARTAN-
BURG ET AL. Error to the Supreme Court of the State of
South Carolina. March 16, 1925. Dismissed with costs,
on motion of *Mr. Sam J. Nicholls* for the plaintiffs in
error. *Mr. Horance L. Bomar* for defendant in error.

---

No. 888. PATRICK J. O'SHAUGHNESSY ET AL. *v.* UNITED
STATES. On writ of error to the United States District
Court for the Southern District of Alabama. March 23,
1925. Writ of error dismissed as to plaintiffs in error
Harry B. O'Connor, Daniel L. Jemison, Geronimo Perez,
and James F. Daves, on motion of *Mr. Harry H. Smith*
for the plaintiffs in error. *The Attorney General* for the
United States.

---

No. 393. UNITED STATES *v.* A. E. BAUCH ET AL.;
No. 394. UNITED STATES *v.* C. F. WATERMAN ET AL.;
and
No. 395. UNITED STATES *v.* A. E. BAUCH. Error to the
District Court of the United States for the Eastern Dis-
trict of Washington. April 13, 1925. Dismissed, on mo-
tion of *Solicitor General Beck* for the United States. No
appearance for defendants in error.

---

No. 38. IVORY NOVELTIES TRADING COMPANY *v.* FRAN-
COIS JOSEPH DE SPOTURNO COTY. On writ of certiorari to
the Circuit Court of Appeals for the Second Circuit.
April 13, 1925. Dismissed, per stipulation. *Mr. Charles
H. Tuttle* and *Mr. William J. Hughes* for petitioner.
*Messrs. F. D. McKenney, Hugo Mock* and *Asher Blum*
for respondent.

---

No. 672. SOUTHERN PACIFIC COMPANY *v.* CHEVROLET
MOTOR COMPANY OF CALIFORNIA. Error to the District